UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 5:13-cr-28-22TBS

MARIO GINORIO
_____

ORDER

This case comes before the Court on Defendant Mario Ginorio's Motion for Release of Appearance Bond (Doc. 388). Chambers has contacted the Assistant United States Attorney representing the Government and is informed that he has no objection to the motion.

On July 9, 2013, Defendant posted his appearance bond in the amount of $50,000 secured by a 1999 F350 truck, vehicle identification number 1FTWW32FOXEB05386, the title to which was deposited with the Clerk of Court (Doc. 126). Defendant's case was tried, he was found guilty, convicted, and sentenced to 120 months in prison (Doc. 388). Defendant is currently serving his sentence (Id.). Now, he seeks release of his appearance bond and that the collateral for the bond be turned over to a family member, Sarah Nessett.

Upon due consideration, the motion is GRANTED. Defendant Mario Ginorio's appearance bond is RELEASED and DISCHARGED. Upon receipt and review of a photo ID from Sarah Nessett, the Clerk of Court shall turnover to her, the title to the 1999 F350 truck, vehicle identification number 1FTWW32FOXEB05386.

ORDERED in Orlando, Florida on this 26th day of February, 2014.

THOMAS B. SMITH
United States Magistrate Judge

Copies to:

    Counsel of Record
    Defendant
    Clerk of Court