UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 5:13-cr-28-22TBS

MARIO GINORIO

_____

ORDER

This case comes before the Court on Defendant Mario Ginorio's Unopposed Motion to Amend Order Granting Motion to Release Bond Obligation (Doc. 408).

On July 9, 2013, Defendant posted his appearance bond in the amount of $50,000 secured by a 1999 F350 truck, vehicle identification number 1FTWW32FOXEB05386. The truck title was deposited with the Clerk of Court (Doc. 126). Defendant's case was tried, he was found guilty, convicted, and sentenced to 120 months in prison (Doc. 388). Defendant is currently serving his sentence (Id.). He previously requested the release of his appearance bond and that the collateral for the bond be turned over to a family member, Sarah Nessett (Id.). The Court granted this motion (Doc. 389).

Ms. Nessett has not recovered the title and now, Defendant asks that it be turned over to his attorney, Richard S. Dellinger. The motion is GRANTED. The Clerk of Court is authorized to turnover to attorney, Richard S. Dellinger, the title to the 1999 F350 truck, vehicle identification number 1FTWW32FOXEB05386.

IT IS SO ORDERED.

DONE AND ORDERED in Orlando, Florida on this 9th day of April, 2014.

THOMAS B. SMITH
United States Magistrate Judge

Copies to:
Counsel of Record
Defendant
Clerk of Court